

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00559-CV

———————————————

IN RE KATHRYN COPELAND, Relator

———————————————

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-686108-20

———————————————

Before Kerr, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  December 13, 2024